■ NETHERBY LIMITED, Respondent, v G.V. TRADEMARK INVESTMENTS, LTD., et al., Defendants, and GLORIA VANDERBILT TRADEMARK B.V., Appellant. [689 NYS2d 488] —Order, Supreme Court, New York County (Ira Gammerman, J.), entered September 8, 1998, which, *inter alia*, directed defendant-appellant to produce 16 documents in compliance with a discovery order of the Special Master, unanimously affirmed, with costs.

Appellant fails to sustain its burden of establishing that any of the 16 documents falls under the attorney-client or attorney work product privileges (*see, Matter of Priest v Hennessy*, 51 NY2d 62, 69), since the documents either were disclosed to, or made by, third parties (*see, Eisic Trading Corp. v Somerset Mar.*, 212 AD2d 451) not in an agency relationship with appellant (*see, Le Long v Siebrecht*, 196 App Div 74, 76), or were of a business, rather than legal, nature (*see, Spectrum Sys. Intl. Corp. v Chemical Bank*, 78 NY2d 371, 377-378). We have considered appellant's other arguments and find them unpersuasive. Concur—Williams, J. P., Rubin, Mazzarelli, Andrias and Buckley, JJ.